(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR  Defendant, Raymond Avalos

**FILED**

JUL 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAYMOND AVALOS, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO:  1:10-CR-00354 LJO <br><br> [Proposed] <br> **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

The Court, having considered Defendant Raymond Avalos's Request To Seal Documents, the Declaration of Harry M. Drandell in Support of Request to Seal Documents and Affidavits of Andrew Elmer and Ryan Stearman, the Court finds compelling reasons for the filing of the documents under seal, therefore Defendant's Request To Seal Documents is GRANTED.

IT IS HEREBY ORDERED that the Affidavits of Andrew Elmer and Ryan Stearman shall be **FILED UNDER SEAL**.

IT IS SO ORDERED.

Dated: _July 26, 2013_                              _____
                                                                    LAWRENCE J. O'NEILL
                                                                    United States District Judge