(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Raymond Avalos

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **1:11-CR-00354 LJO** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING;** |
| v. | **O R D E R** |
| RAYMOND AVALOS, | **Date:  April 28, 2014** |
| Defendant. | **Time:  1:30 p.m.** |
| | **HON. LAWRENCE J. O'NEILL** |
| | **Dept:  4** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for April 28, 2014, be continued one week to May 5, 2014.

The reason for the continuance is to permit Defendant's family to attend the sentencing as they have indicated their inability to attend on April 28, 2014.

On March 25, 2014, Assistant United States Attorney, Kimberley Sanchez, indicated she did not object to this continuance.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for the effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

///

Dated: March 26, 2014          BENJAMIN WAGNER
                               United States Attorney

                    By:   /s/ Kimberley Sanchez
                          KIMBERLEY SANCHEZ
                          Assistant United States Attorney,
                          Attorney for Plaintiff


Dated: March 26, 2014          HARRY M. DRANDELL
                               Law Offices of Harry M. Drandell


                    By:   /s/ Harry M. Drandell
                          HARRY M. DRANDELL
                          Attorney for Defendant,
                          RAYMOND AVALOS


# **O R D E R**

IT IS HEREBY ORDERED that the Sentencing Hearing presently set for April 28, 2014, at 1:30 p.m., is continued one week to May 5, 2014, at 11:00 a.m., to be heard before the Honorable Lawrence J. O'Neill, Courtroom 4.

IT IS SO ORDERED.

Dated:   **March 27, 2014**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE