BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
KATHLEEN A. SERVATIUS
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>             v.<br><br>RAYMOND AVALOS,<br>  aka, "LIL MAN<br>  aka, "LITTLES,"<br><br>                Defendant. | CASE NO. 1:11-CR-00354-LJO<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Raymond Avalos it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Raymond Avalos' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a)    Approximately $2,368.00 in U.S. Currency,
      b)    one Cobray pistol serial number 87-0009820,
      c)    one Taurus revolver, serial number GG45135; and
      d)    (3) 33 rounds of 9mm ammunition; and
      e)    (4) 182 rounds of ammunition.

2. The above-listed property constitutes property derived from, proceeds obtained directly or indirectly, or were used, or intended to be used, in any manner or

Preliminary Order of Forfeiture                       1

1  part, to commit, or to facilitated the commission of a violation of 21 U.S.C. § 841(a)(1).

2      3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be
3  authorized to seize the above-listed property. The aforementioned property shall be seized
4  and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody
5  and control.

6      4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United
7  States shall publish notice of the order of forfeiture. Notice of this Order and notice of the
8  Attorney General's (or a designee's) intent to dispose of the property in such manner as
9  the Attorney General may direct shall be posted for at least 30 consecutive days on the
10 official internet government forfeiture site www.forfeiture.gov. The United States may
11 also, to the extent practicable, provide direct written notice to any person known to have
12 alleged an interest in the property that is the subject of the order of forfeiture as a
13 substitute for published notice as to those persons so notified.

14     b. This notice shall state that any person, other than the defendant,
15 asserting a legal interest in the above-listed property, must file a petition with the Court
16 within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on
17 the official government forfeiture site, or within thirty (30) days from receipt of direct
18 written notice, whichever is earlier.

19     5. If a petition is timely filed, upon adjudication of all third-party interests, if
20 any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which
21 all interests will be addressed.

23 IT IS SO ORDERED.

24    Dated:  **March 28, 2014**        **/s/ Lawrence J. O'Neill**
25                                        UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture      2